UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-344-MOC
(3:12-cr-390-MOC-1)

| ANTHONY WATSON, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

UPON MOTION of the United States, (Doc. No. 6), to hold this action in abeyance until the Fourth Circuit Court of Appeals renders a decision in United States v. Winston, No. 16-7252,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 6), is **GRANTED**. The United States shall have sixty days after the issuance of the Fourth Circuit's mandate to file its response.

Signed: November 14, 2016

Max O. Cogburn Jr.
United States District Judge